787 A.2d 284

**DALLAS AREA MUNICIPAL AUTHORITY, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., Appellees.**

Supreme Court of Pennsylvania.

Dec. 18, 2001.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of December, the Order of the Commonwealth Court is hereby AFFIRMED. Appellant's Application for the Advancement of Argument is **DENIED.**